Case 1:07-cv-00196-GMS    Document 4    Filed 04/13/2007    Page 1 of 4

105.013

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEYSTONE INSURANCE COMPANY<br>AS SUBROGEE OF BRENDA BOYD<br>　　　　　　　　　　　　Plaintiffs<br>vs.<br>NATIONAL RAILROAD PASSENGER<br>CORPORATION A/K/A AMTRAK, AND<br>KEVIN CONNORS<br>　　　　　　　　　　　　Defendants | CIVIL ACTION<br><br>NO. 1:07-cv-00196 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Maureen Rowan, Esquire to represent National Railroad Passenger Corporation a/k/a Amtrak, and Kevin Connors in this matter.

　　　　　　　　　　　　_/s/ Jessica E. Gensler Lippy_
　　　　　　　　　　　　Jessica E. Gensler Lippy, Esquire
　　　　　　　　　　　　DSB I.D. # 4426
　　　　　　　　　　　　GALLAGHER & ROWAN, P.C.
　　　　　　　　　　　　Silverside Carr Executive Center
　　　　　　　　　　　　501 Silverside Road
　　　　　　　　　　　　Suite 94
　　　　　　　　　　　　Wilmington, DE 19809
　　　　　　　　　　　　(302) 798-2779
　　　　　　　　　　　　Attorney for Defendant National Railroad Passenger
　　　　　　　　　　　　Corporation a/k/a Amtrak, and Kevin Connors

Date: 4/13/07

105.013

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEYSTONE INSURANCE COMPANY<br>AS SUBROGEE OF BRENDA BOYD<br>　　　　　　　　　　　　Plaintiffs<br><br>　　　　vs.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION A/K/A AMTRAK, AND<br>KEVIN CONNORS<br>　　　　　　　　　　　　Defendants | CIVIL ACTION<br><br>NO. 1:07-cv-00196 |

### CERTIFICATE OF SERVICE

　　I, Jessica E. Gensler Lippy, Esquire, as attorney for the Attorney for Defendants National Railroad Passenger Corporation a/k/a Amtrak, and Kevin Connors, hereby certify that I did serve a true and correct copy of **Motion and Order for Admission Pro Hac Vice of Maureen Rowan on behalf of Defendants National Railroad Passenger Corporation a/k/a Amtrak, and Kevin Connors** upon counsel for the Plaintiff at the name and address as appears below, via United States Postal Service, first-class, postage prepaid mail on April 13, 2007.

William J. Cattie, III
Rawle & Henderson, LLP
300 Delaware Avenue
Suite 1015
PO Box 588
Wilmington, DE 19899-0588

　　　　　　　　　　　　　　　　GALLAGHER & ROWAN, P.C.

　　　　　　　　　　　By: _____
　　　　　　　　　　　　　　　　JESSICA E. GENSLER LIPPY, ESQUIRE
　　　　　　　　　　　　　　　　Attorney for Defendants National Railroad Passenger
　　　　　　　　　　　　　　　　Corporation a/k/a Amtrak, and Kevin Connors
　　　　　　　　　　　　　　　　SILVERSIDE CARR EXECUTIVE CENTER
　　　　　　　　　　　　　　　　501 SILVERSIDE ROAD
　　　　　　　　　　　　　　　　SUITE 94
　　　　　　　　　　　　　　　　WILMINGTON, DE 19809
　　　　　　　　　　　　　　　　(302) 798-2779
　　　　　　　　　　　　　　　　DSB #4426

Date: 4/13/07

105.013

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEYSTONE INSURANCE COMPANY AS SUBROGEE OF BRENDA BOYD<br>　　　　　　　　　　　Plaintiffs<br>vs.<br>NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK, AND KEVIN CONNORS<br>　　　　　　　　　　　Defendants | CIVIL ACTION<br><br>NO. 1:07-cv-00196 |

### ORDER GRANTING MOTION

It is hereby ORDERED counsel's motion for admission of Maureen Rowan as counsel for Defendants National Railroad Passenger Corporation a/k/a Amtrak, and Kevin Connors <u>pro hac vice</u> is GRANTED.


Date: _____     _____
　　　　　　　　　　　　　　　　　　　　　　　　　USDC Judge

105.013

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEYSTONE INSURANCE COMPANY<br>AS SUBROGEE OF BRENDA BOYD<br>　　　　　　　　　　　Plaintiffs<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION A/K/A AMTRAK, AND<br>KEVIN CONNORS<br>　　　　　　　　　　　Defendants | CIVIL ACTION<br><br>NO. 1:07-cv-00196 |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of Pennsylvania and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon filing of this Motion.

Date: 4/13/07

Maureen Rowan, Esquire
GALLAGHER & ROWAN, P.C.
1500 Walnut Street, Suite 1600
Philadelphia, PA 19102
(215) 732-8900