105.013

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEYSTONE INSURANCE COMPANY<br>AS SUBROGEE OF BRENDA BOYD<br>　　　　　　　　　　　　Plaintiffs<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION A/K/A AMTRAK, AND<br>KEVIN CONNORS<br>　　　　　　　　　　　　Defendants | CIVIL ACTION<br><br>NO. 1:07-cv-00196 |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission pro hac vice of Paul F. X. Gallagher, Esquire to represent National Railroad Passenger Corporation a/k/a Amtrak, and Kevin Connors in this matter.

_____
Jessica E. Gensler Lippy, Esquire
DSB I.D. # 4426
GALLAGHER & ROWAN, P.C.
Silverside Carr Executive Center
501 Silverside Road
Suite 94
Wilmington, DE 19809
(302) 798-2779
Attorney for Defendant National Railroad Passenger
Corporation a/k/a Amtrak, and Kevin Connors

Date: 4/13/07

105.013

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEYSTONE INSURANCE COMPANY AS SUBROGEE OF BRENDA BOYD<br>Plaintiffs<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK, AND KEVIN CONNORS<br>Defendants | CIVIL ACTION<br><br>NO. 1:07-cv-00196 |

### CERTIFICATE OF SERVICE

I, Jessica E. Gensler Lippy, Esquire, as attorney for the Attorney for Defendants National Railroad Passenger Corporation a/k/a Amtrak, and Kevin Connors, hereby certify that I did serve a true and correct copy of **Motion and Order for Admission Pro Hac Vice of Paul F.X. Gallagher on behalf of Defendants National Railroad Passenger Corporation a/k/a Amtrak, and Kevin Connors** upon counsel for the Plaintiff at the name and address as appears below, via United States Postal Service, first-class, postage prepaid mail on April 13, 2007.

William J. Cattie, III
Rawle & Henderson, LLP
300 Delaware Avenue
Suite 1015
PO Box 588
Wilmington, DE 19899-0588

GALLAGHER & ROWAN, P.C.

By: _____
JESSICA E. GENSLER LIPPY, ESQUIRE
Attorney for Defendants National Railroad Passenger Corporation a/k/a Amtrak, and Kevin Connors
SILVERSIDE CARR EXECUTIVE CENTER
501 SILVERSIDE ROAD
SUITE 94
WILMINGTON, DE 19809
(302) 798-2779
DSB #4426

Date: 4/13/07

105.013

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEYSTONE INSURANCE COMPANY AS SUBROGEE OF BRENDA BOYD<br>　　　　　　　　　　　Plaintiffs<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK, AND KEVIN CONNORS<br>　　　　　　　　　　　Defendants | CIVIL ACTION<br><br>NO. 1:07-cv-00196 |

## ORDER GRANTING MOTION

It is hereby ORDERED counsel's motion for admission of Paul F.X. Gallagher as counsel for Defendants National Railroad Passenger Corporation a/k/a Amtrak, and Kevin Connors pro hac vice is GRANTED.

Date: _____　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　USDC Judge

105.013

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEYSTONE INSURANCE COMPANY<br>AS SUBROGEE OF BRENDA BOYD<br>　　　　　　　　　　　Plaintiffs<br><br>vs.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION A/K/A AMTRAK, AND<br>KEVIN CONNORS<br>　　　　　　　　　　　Defendants | CIVIL ACTION<br><br>NO. 1:07-cv-00196 |

### CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE

　　　　Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bars of Pennsylvania and New Jersey and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00 will be submitted to the Clerk's office upon filing of this Motion.

Date: 4/13/07

Paul F.X. Gallagher, Esquire
GALLAGHER & ROWAN, P.C.
1500 Walnut Street, Suite 1600
Philadelphia, PA 19102
(215) 732-8900