105.013

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEYSTONE INSURANCE COMPANY AS SUBROGEE OF BRENDA BOYD<br><br>                           Plaintiffs<br><br>      vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK, AND KEVIN CONNORS<br>     Defendants/Third Party Plaintiffs<br>         vs.<br><br>LYNN REDMOND AND LESLIE BOYD, JR.<br><br>       Third Party Defendants | CIVIL ACTION<br><br>NO.  1:07-cv-00196 GMS<br><br><br><br>JURY TRIAL DEMANDED<br>12 JURORS REQUESTED |

## REQUEST TO ENTER DEFAULT JUDGMENT AGAINST THIRD PARTY DEFENDANTS

To the Clerk of the above-named Court:

     Please enter upon the docket the default of the Third Party Defendant, Lynn Redmond and Third-Party Defendant, Leslie Boyd, Jr., in the above action for failure to plead or otherwise defend as provided by the rules of federal procedure.

                   GALLAGHER & ROWAN, P.C.

           By: /s/ Jessica E. Gensler Lippy
              JESSICA E. GENSLER LIPPY, ESQUIRE
              Attorney I.D. No. 4426
              Silverside Carr Executive Center
              501 Silverside Road, Suite 94
              Wilmington, DE 19809
              (302) 798-2779

              Attorneys for Defendant/Third Party Plaintiffs
              National Railroad Passenger Corporation
              a/k/a Amtrak and Kevin Connors

Dated: September 25, 2007

105.013

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEYSTONE INSURANCE COMPANY AS SUBROGEE OF BRENDA BOYD<br><br>                                    Plaintiffs<br><br>                vs.<br><br>NATIONAL RAILROAD PASSENGER CORPORATION A/K/A AMTRAK, AND KEVIN CONNORS<br>        Defendants/Third Party Plaintiffs<br>                vs.<br><br>LYNN REDMOND AND LESLIE BOYD, JR.<br><br>                Third Party Defendants | CIVIL ACTION<br><br>   NO.  1:07-cv-00196 GMS<br><br><br>JURY TRIAL DEMANDED<br>12 JURORS REQUESTED |

## ATTORNEY CERTIFICATION IN SUPPORT
## OF REQUEST TO ENTER DEFAULT JUDGMENT

1.    I, Jessica E. Gensler Lippy, Esquire, am the attorney for the Defendants/Third Party Plaintiffs in the above-entitled action.  I am fully familiar with the matters set forth herein. I make this Certification in support of the Defendants/Third Party Plaintiffs' request for entry of default against the Third Party Defendants Lynn Redmond and Leslie Boyd, Jr.

2.    The Third Party Summons and Third Party Complaint in this action were served upon the Third Party Defendant Lynn Redmond via process server, Timothy A. Grant, on April 19, 2007.  A copy of the Affidavit of Service is attached hereto and marked Exhibit "A".

3.     The Third Party Summons and Third Party Complaint in this action were served upon the Third Party Defendant Leslie Boyd, Jr. via process server, Timothy A. Grant, on April 24, 2007.  A copy of the Affidavit of Service is attached hereto and marked <u>Exhibit "B"</u>.

4.     The time within which Third Party Defendants may answer or otherwise move as to the Third Party Complaint has expired and has not been extended.

I certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

GALLAGHER & ROWAN, P.C.


By <u>/s/ Jessica E. Gensler Lippy</u>
JESSICA E. GENSLER LIPPY, ESQUIRE
Attorney I.D. No. 4426
Silverside Carr Executive Center
501 Silverside Road, Suite 94
Wilmington, DE 19809
(302) 798-2779

Attorneys for Defendant/Third Party Plaintiffs
National Railroad Passenger Corporation a/k/a Amtrak and Kevin Connors

Dated: <u>September 25, 2007</u>

105.013

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEYSTONE INSURANCE COMPANY<br>AS SUBROGEE OF BRENDA BOYD<br> Plaintiffs <br>vs.<br><br>NATIONAL RAILROAD PASSENGER<br>CORPORATION A/K/A AMTRAK, AND<br>KEVIN CONNORS<br>    Defendants/Third Party Plaintiffs<br>                  vs.<br><br>LYNN REDMOND AND LESLIE BOYD,<br>JR.<br>           Third Party Defendants | CIVIL ACTION<br><br>NO.  1:07-cv-00196 GMS<br><br><br><br>JURY TRIAL DEMANDED<br>12 JURORS REQUESTED |

## CERTIFICATE OF SERVICE

I, Jessica E. Gensler Lippy, Esquire, attorney for Defendants, National Railroad Passenger Corporation a/k/a Amtrak and Kevin Connors, hereby certify that a true and correct copy of the foregoing Request to Enter Default Against Third Party Defendants, was served via first class mail, postage prepaid to the following:

William J. Cattie, III
Rawle & Henderson, LLP
300 Delaware Avenue
Suite 1015
PO Box 588
Wilmington, DE 19899-0588
(Counsel for Plaintiff)

Leslie Boyd, Jr.
610 West Diamond Street
Hazelton, PA 18201

Lynn Redmond
15 S. Broom Street
Wilmington, DE 19805


GALLAGHER & ROWAN, P.C.


By:  /s/ Jessica E. Gensler Lippy
     JESSICA E. GENSLER LIPPY, ESQUIRE
     Attorney I.D. No. 4426
     Silverside Carr Executive Center
     501 Silverside Road, Suite 94
     Wilmington, DE 19809
     (302) 798-2779

     Attorneys for Defendant/Third Party Plaintiffs
     National Railroad Passenger Corporation
     a/k/a Amtrak and Kevin Connors

Dated: September 25, 2007

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____ Delaware _____

PLAINTIFF  KEYSTONE INSURANCE COMPANY
              AS SUBROGEE OF BRENDA BOYD

### THIRD PARTY SUMMONS IN A CIVIL ACTION

V. DEFENDANT AND THIRD PARTY PLAINTIFF
    NATIONAL RAILROAD PASSENGER
    CORPORATION AKA AMTRAK &
    KEVIN CONNORS

Case Number:  1:07-CV-00196

V. THIRD PARTY DEFENDANT
    LYNN REDMOND &
    LESLIE BOYD, JR

To: Name and address of Third Party Defendant
    LYNN REDMOND
    15 S. BROOM ST
    WILMINGTON, DE 19805

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. CATTIE, III
RAWLE & HENDERSON, LLP
300 DELAWARE AVE
STE 1015
PO BOX 588
WILMINGTON, DE 19899-0588

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

JESSICA E. LIPPY
GALLAGHER & ROWAN, P.C.
SILVERSIDE CARR EXECUTIVE CENTER
501 SILVERSIDE RD
STE 94
WILMINGTON, DE 19809

an answer to the third-party complaint which is served on you with this summons, within ____20____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK

DATE

(By) DEPUTY CLERK

AO 441 (Rev. 8/01) Third Party Summons in a Civil Action

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 4/19/07 |

| NAME OF SERVER | TITLE |
|---|---|
| Timothy A. Grant | Investigator |

*Check one box below to indicate appropriate method of service*

☑ Served personally upon the third-party defendant. Place where served: _19 S. Broom St Wilmington De_
HAND DELIVERY TO ADRIAN BOYD; lynn Redmonds son; who was over the
age of 18 & a resident of the Home

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and
discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____
_____

☐ Other (specify): _____

_____
_____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __4/19/07__         __Timothy A. Grant__
                Date                    *Signature of Server*

P.O. Box 486
Yardley, PA 19067
*Address of Server*

---

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

✎AO 441  (Rev. 8/01) Third Party Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____  Delaware _____

PLAINTIFF KEYSTONE INSURANCE COMPANY
AS SUBROGEE OF BRENDA BOYD

## THIRD PARTY SUMMONS IN A CIVIL ACTION

V. DEFENDANT AND THIRD PARTY PLAINTIFF
NATIONAL RAILROAD PASSENGER
CORPORATION A/K/A AMTRAK &
KEVIN CONNORS

Case Number:  1:07-CV-00196

V. THIRD PARTY DEFENDANT
LYNN REDMOND & LESLIE BOYD, JR.

To: Name and address of Third Party Defendant

LESLIE BOYD, JR
~~610 W. DIAMOND STREET~~  345 WINTERS ST.
~~HAZELTON, PA 18201~~  W. HAZELTON, PA.

**YOU ARE HEREBY SUMMONED** and required to serve on

PLAINTIFF'S ATTORNEY (name and address)

WILLIAM J. CATTIE, III
RAWLE & HENDERSON, LLP
300 DELAWARE AVE
STE 1015
PO BOX 588
WILMINGTON DE 19899-0588

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY
(name and address)

JESSICA E. LIPPY
GALLAGHER & ROWAN, P.C.
SILVERSIDE CARR EXECUTIVE CENTER
501 SILVERSIDE ROAD
SUITE 94
WILMINGTON, DE 19809

an answer to the third-party complaint which is served on you with this summons, within _____90_____ days after the service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default may be taken against you for the relief demanded in the third-party complaint. There is also served on you with this summons a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

CLERK _____

DATE _____

(By) DEPUTY CLERK _____

✎AO 441  (Rev. 8/01) Third Party Summons in a Civil Action

# RETURN OF SERVICE

| Service of the Summons and complaint was made by me(1) | DATE 4/24/07 |
|---|---|
| NAME OF SERVER Timothy A. Grant | TITLE Investigator |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the third-party defendant. Place where served: 346 Winters St (new address), W. Hazelton, PA. Hand Delivery to Mr. Boyd wife.

☐ Left copies thereof at the third-party defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 4/24/07
    Date

Signature of Server

P.O. Box 486
Yardley, PA 19067
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.