# GALLAGHER & ROWAN, P.C.

ATTORNEYS AT LAW
SILVERSIDE CARR EXECUTIVE CENTER
501 SILVERSIDE ROAD
SUITE 94
WILMINGTON, DELAWARE 19809

(302) 798-2779
FAX (302) 798-2780

PAUL F. X. GALLAGHER+
MAUREEN ROWAN*
BENJAMIN N. GIALLORETO*

JESSICA E. GENSLER LIPPY ±
RAYMOND J. HUNTER+
PAUL A. GALLAGHER*
ELEANOR M. BRESLIN*

\* MEMBER OF PA BAR
+ MEMBER OF PA & NJ BAR
± MEMBER OF PA, NJ & DE BAR

1500 WALNUT STREET
SUITE 1600
PHILADELPHIA, PA 19102
(215) 732-8900
FAX (215) 732-8999

304 HARPER DRIVE
SUITE 103
MOORESTOWN, NJ 08057
(856) 608-9020
FAX (856) 608-0625

OUR FILE NO: 105.013
EXTENSION:

November 30, 2007

**VIA ELECTRONIC FILING**

Clerk, United States District Court
J. Caleb Bogg Federal Building
844 North King Street
Room 4209
Wilmington, Delaware 19801

RE: **Keystone Insurance Company as Subrogee of Brenda Boyd v. National Railroad Passenger Corporation a/k/a Amtrak & Kevin Connors**
**Docket No. 1:07-cv-00196**

Dear Sir/Madam:

Please allow this letter to serve as a request for a status of Defendant/Third Party Plaintiffs National Railroad Passenger Corporation a/k/a Amtrak and Kevin Connors's Request to Enter Default Judgment Against Third Party Defendants, Lynn Redmond and Leslie Boyd, Jr. pending before the Court, which Request was electronically filed on September 25, 2007, in connection with the above matter.

Kindly advise as to whether the Court requires any additional documentation to be filed or when Defendant/Third Party Plaintiffs can expect the Court to consider Defendant/Third Party Plaintiffs' request to enter default judgment against Third Party Defendants.

Should you have any questions in connection with the foregoing, please feel free to contact me at your convenience.

Very truly yours,

/s/Jessica E. Gensler Lippy
JESSICA E. GENSLER LIPPY

Enclosure