IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEYSTONE INS. COMPANY )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION, et al. )<br>)<br>Defendants )<br>)<br>v. )<br>)<br>LESLIE BOYD, JR. and )<br>LYNN REDMOND )<br>)<br>Third-Party Defendants ) | Civil Action No. 07-196 GMS |

## ORDER

WHEREAS, on April 5, 2007, this case was removed from the Superior Court of the State of Delaware (D.I. 1);

WHEREAS, on April 11, 2007, an answer to the complaint was filed by the defendant National Railroad Passenger Corporation and Kevin Connors (D.I. 3);

WHEREAS, on April 13, 2007, a third-party complaint by National Passenger Corporation and Kevin Connors was filed against the third-party defendants Leslie Boyd, Jr. and Lynn Redmond (D.I. 6);

WHEREAS, on May 4, 2007, an executed return of service as to Leslie Boyd, Jr. was filed (D.I. 7);

WHEREAS, on May 4, 2007, an executed return of service as to Lynn Redmond was filed (D.I. 8);

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the third-party defendants;

IT IS HEREBY ORDERED that:

The third-party defendants will answer or otherwise respond to the complaint within five (5) days of the date of this Order.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

Dated: 11/30/07

FILED
NOV 30
U.S. DISTRICT COURT
DISTRICT OF DELAWARE