IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| KEYSTONE INS. COMPANY )<br>)<br>Plaintiff )<br>)<br>v. )<br>)<br>NATIONAL RAILROAD PASSENGER )<br>CORPORATION, et al. )<br>)<br>Defendants )<br>)<br>v. )<br>)<br>LESLIE BOYD, JR. and )<br>LYNN REDMOND )<br>)<br>Third-Party Defendants ) | Civil Action No. 07-196 GMS |

## ORDER

WHEREAS, on April 5, 2007, this case was removed from the Superior Court of the State of Delaware (D.I. 1);

WHEREAS, on April 11, 2007, an answer to the complaint was filed by the defendant National Railroad Passenger Corporation and Kevin Connors (D.I. 3);

WHEREAS, on April 13, 2007, a third-party complaint by National Passenger Corporation and Kevin Connors was filed against the third-party defendants Leslie Boyd, Jr. and Lynn Redmond (D.I. 6);

WHEREAS, on May 4, 2007, an executed return of service as to Leslie Boyd, Jr. was filed (D.I. 7);

WHEREAS, on May 4, 2007, an executed return of service as to Lynn Redmond was filed (D.I. 8);

WHEREAS, on November 30, 2007, the court entered an Order directing the third-party defendants to answer or otherwise respond to the Complaint within five (5) days of the date of this Order (D.I. 12);

WHEREAS, the court's docket reflects no answer or other responsive pleading filed by the third-party defendants;

IT IS HEREBY ORDERED that:

The Clerk of Court shall enter a default in appearance pursuant to Federal Rule of Civil Procedure 55(a) against the third-party defendants Lesie Boyd, Jr. And Lynn Redmond.

_____
CHIEF, UNITED STATES DISTRICT JUDGE

December 14th, 2007



FILED

DEC 14 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE