IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| KEYSTONE INS. COMPANY | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | Civil Action No. 07-196 GMS |
| | ) | |
| NATIONAL RAILROAD PASSENGER CORPORATION, et al. | ) | |
| | ) | |
| Defendants | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LESLIE BOYD, JR. and LYNN REDMOND | ) | |
| | ) | |
| Third-Party Defendants | ) | |

### ENTRY OF DEFAULT

It appearing from the file in this office that a return of service was filed showing service on the third-party defendant Leslie Boyd, Jr. on April 24, 2007, and the third-party defendant Lynn Redmond on April 19, 2007, and that said defendants have failed to file a pleading or otherwise defend, default is entered pursuant to Federal Rule of Civil Procedure 55(a).

PETER T. DALLEO, Clerk of Court

Dated: December 14, 2007

/s/
By: Marie McDavid, Deputy Clerk